■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY TURNER, Appellant. [775 NYS2d 689]—

Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered February 4, 2000. The judgment convicted defendant, upon a jury verdict, of burglary in the second degree, criminal mischief in the fourth degree and petit larceny.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him after a jury trial of, inter alia, burglary in the second degree (Penal Law § 140.25 [2]). Contrary to the contention of defendant, County Court did not err in denying his challenge for cause to a prospective juror. Viewing the "entire testimony" of the prospective juror (*People v Torpey,* 63 NY2d 361, 368 [1984], *rearg denied* 64 NY2d 885 [1985]; *see People v Barber,* 269 AD2d 758, 760 [2000]), we conclude that his statements did not "cast serious doubt on [his] ability to render an impartial verdict" inasmuch as he stated several times in response to questions by the court and the prosecutor that he would be fair and impartial (*People v Arnold,* 96 NY2d 358, 363 [2001]). Thus, we conclude that the court, which had the opportunity to hear the statements and view the demeanor of the prospective juror, did not abuse its discretion in determining that the prospective juror's "promise to be impartial" was credible (*id.*). The sentence is neither unduly harsh nor severe. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

■ In the Matter of MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of DONIELLA CURRIER, Respondent, v NGHIA NGUYEN, Appellant. [775 NYS2d 690]—Appeal from an order of the Family Court, Monroe County (Anthony J. Sciolino, J.), entered September 6, 2002 in a proceeding pursuant to Family Ct Act article 4. The order denied respondent's objections to the findings of fact of the Hearing Examiner, confirmed those findings and ordered respondent to pay child support.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Deborah K. Owlett, H.E. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.